| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Oscar Londono |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : EASTERN District of Pennsylvania (State) | |
| Case number 21-10156-djb | |

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**     WELLS FARGO BANK, N.A.                                                     **Court claim no.** (if known): 3-1
**Last 4 digits** of any number you use to identify the debtor's account:  1631

**Property address:**     2160 GLENVIEW ST ,
                          Number          Street

                          PHILADELPHIA, PA 19149
                          City                          State          ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response: $909.49.

*Check all that apply:*

[x] The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $0.00.

[x] The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____.

**\*The remaining balance of $1,636.60 are outstanding fees (Deferred Interest) that were included in the total debt calculation but not in the arrears on the POC and are due at maturity.**

**Part 3:**   **Postpetition Payments**

*(a) Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____/_____/_____

[x] The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

  i. Date last payment was received on the mortgage: 02/27/2026

  ii. Date next postpetition payment from the debtor is due: 03/15/2026

  iii. Amount of the next postpetition payment that is due: $797.19.

  iv. Unpaid principal balance of the loan: $66,088.66 1st UPB $2,677.91 2nd UPB Total UPB $68,766.57

  v. Additional amounts due for any deferred or accrued interest: $405.34

  vi. Balance of the escrow account: $0.00.

  vii. Balance of unapplied funds or funds held in a suspense account: $546.64.

  viii. Total amount of fees, charges, expenses, negative escrow

  amounts, or costs remaining unpaid: $2,195.35.

## Part 4:    Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5:    Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder

■ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Robert Shearer                          Date April 6, 2026
     Signature

Print    Robert Shearer                          Title Authorized Agent
         First Name    Middle Name    Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**Identify the corporate servicer as the company if the authorized agent is a servicer**

Address    130 Clinton Rd #202
           Number          Street

           Fairfield          NJ          07004
           City              State        ZIP Code

Contact    470-321-7112                     Email rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____April 7, 2026_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Oscar Londono
2530 Black Olive Boulevard
Apt. 103
Delray Beach, FL 33445

And via electronic mail to:

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/  Justine Bennett

Email:  Jusbennett@raslg.com

March 24, 2026


**WELLS FARGO**

The Wells Fargo Home Mortgage payoff statement is enclosed.
        Mortgagor:        Oscar A Londono
        Co-Mortgagor:     Luz Estella Salazar
        Property address: 2160 Glenview St
                          Philadelphia PA 19149
                          Loan type: CONV W/O PMI

PLEASE NOTE: This notice is being provided for informational purposes
only. As a result of at least one bankruptcy case filing that included
the account referenced above, Wells Fargo Home Mortgage is not
attempting in any way to violate any provision of the United States
Bankruptcy Code or to collect a debt (deficiency or otherwise) from any
customer who is impacted by an active bankruptcy case or who has
received a discharge, where the account was not otherwise reaffirmed or
excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS
TO THESE CUSTOMERS.

The enclosed amount is needed to pay off the loan and is only good
through 03-24-26. After that time, you'll need to request a new payoff
statement because the amount will change.
This is because the loan accrues interest daily.

Please make sure to take care of these important items:
* Cancel any automatic payments right away. If you're enrolled in our
  automatic payment program, you'll need to cancel this at least five
  business days before the next scheduled withdrawal date.
* Update your mailing address by contacting us at the number below.
  We'll need your most current address to send any remaining escrow
  balance or the year-end interest statement.

What you need to know
* We may continue to make payments for the real estate tax and
  property insurance premium from the escrow account. If you have
  questions about upcoming payments, please call us.
* We'll settle any remaining funds in the escrow account in accordance
  with the applicable federal law.

We're here to help
If you have questions or need further assistance, please contact us at
1-866-234-8271, Monday - Friday, 7:00 a.m. to 10:00 p.m., or Saturday,
8:00 a.m. to 2:00 p.m. Central Time.

03/24/2026  11:12:32 AM CDT                                    PAGE: 02/4

March 24, 2026                      Page 2 -
Mortgagor:          Oscar A Londono
Co-Mortgagor:       Luz Estella Salazar
Property address: 2160 Glenview St
                   Philadelphia PA 19149
                                          Loan type: CONV W/O PMI
WELLS FARGO HOME MORTGAGE - PAYOFF STATEMENT
All figures are subject to final verification by the noteholder. The
TOTAL AMOUNT OUTSTANDING of $ 71,367.26 is based on the good
through/closing date of 03-24-26. Below is a breakdown of that amount.

1.  TOTAL PRINCIPAL, INTEREST, AND OTHER AMOUNTS OUTSTANDING UNDER
NOTE/SECURITY INSTRUMENT
Note: 03-15-26 is the next payment date under Note/Security Instrument
Unpaid Principal balance                              66,088.66
Unpaid Second Principal balance                        2,677.91
Interest as of 03-24-26                                   405.34
(Second) Interest as of 03-24-26                            .00
   Unpaid escrow advance balance                          327.00
TOTAL AMOUNT OUTSTANDING UNDER NOTE/SECURITY INSTRUMENT 69,498.91
2.  ADDITIONAL CONTRACTUAL AND OTHER FEES AND CHARGES OUTSTANDING
Other Charges                                          1,636.60
Recording Costs                                          231.75
Fax Fee                                                     .00
Property Inspection                                        .00
Obligation Fee                                             .00
Buydown/Corp Subsidy                                       .00
Special Handling                                          .00
TOTAL CONTRACTUAL AND OTHER FEES AND CHARGES OUTSTANDING  1,868.35
TOTAL AMOUNT OUTSTANDING through 03-24-26               71,367.26

March 24, 2026                    Page 3 -

## WELLS FARGO HOME MORTGAGE - PAYOFF OPTIONS
* Interest will accrue on the loan until payoff funds are received.
* Funds received on weekends or holidays are applied next business day.
* Funds are applied as of the day received if made by the deadline
  listed below for the payment option selected. Otherwise, funds will be
  applied as of the next business day.
* All figures are subject to final verification by the noteholder.

HOW TO SEND THE PAYOFF
* We accept payoffs by wire transfer, phone, check, and Bill Pay.
* Financial institutions and/or mailing services may charge a fee
  for services such as wire transfers, checks, or Bill Pay.

WIRE TRANSFER -
Beneficiary Wells Fargo Bank, N.A.
Beneficiary Bank ABA:
Beneficiary Bank Acct
Beneficiary Bank Address: 1 Home Campus  Des Moines IA 50328
Special Information for Beneficiary:
Apply funds to:
Mortgagor: Oscar A Londono
Sender's Name and Phone Number
Deadline: 2:00 p.m. Central Time (Monday - Friday).

When sending funds by wire transfer, you should take steps to protect
yourself from imposter wire fraud:
* Wire fraud can occur if an imposter poses as someone you're working
  with. They may intercept emails or send you false instructions
  (in the email text or attachment) to wire funds to their account.
* To protect yourself, use only the wire instructions provided above.
  You can also confirm the instructions by calling Wells Fargo Customer
  Service. When you call, verify that the phone number you're using is
  correct by comparing it with other trusted sources of information.

PHONE - Most payoffs can be completed over the phone without charge
* Please call 1-866-234-8271 with the payoff details.
* Credit cards are not accepted.
* Deadline: 7:30 p.m. Central Time (Monday - Friday).

CASHIER'S CHECK, CERTIFIED CHECK, OTHER CHECK, or BILL PAY
* Drop off the check at a Wells Fargo branch or mail it to:
     Wells Fargo Home Mortgage
     Attn: Payoffs, MAC F2302-045
     1 Home Campus
     Des Moines IA 50328
* Deadline (drop-off only): Prior to branch closing time.
* Bill Pay transmission and mailed check delivery times vary.
* We do not accept credit card checks or temporary/starter checks.

When paying by mail or in person, please include this Payoff Coupon:
------------------------------------------------
Property address: 2160 Glenview St
                  Philadelphia PA 19149


Payoff amount $ 71,367.26
Payoff amount good through 03-24-26    Amount enclosed _____

WE'RE HERE TO HELP - If you have questions or need further assistance,
please contact us at 1-866-234-8271, Monday - Friday, 7:00 a.m. to
10:00 p.m., or Saturday, 8:00 a.m. to 2:00 p.m. Central Time.

March 24, 2026                        Page 4 –
WELLS FARGO HOME MORTGAGE – ADDITIONAL PAYOFF INFORMATION

What you should know about the payoff amount:
The total amount outstanding is good through 03-24-26, or until any
activity occurs on the account. If funds are received after 03-24-26,
the payoff amount will be subject to an
additional $ 10.16 of interest per Day.

Any of the following payment activity on the account prior to 03-24-26
will change the payoff amount:
* We make disbursements from the escrow account for items due.
* If any check/electronic withdrawal previously credited to the loan
  is rejected by the financial institution from which it is drawn.

Recent escrow disbursement amounts and dates:
Real estate taxes:          $      2,185.09          02-23-26
Homeowners Insurance        $          .00           00-00-00

Important Information:
* If the funds received are not the full payoff amount, we'll apply
  funds from the escrow account to complete the payoff.
* Interest will continue to accrue until we receive the full payment.
  This means the total payoff amount will change.
* A payoff payment received 30 days or more after the contractual
  payment due date (when a loan is past due) is at risk for negative
  credit reporting.
* After the payoff is complete, we'll release the lien on the property
  in accordance with state law. Please call us if you have any questions
  about the lien release process. You can also mail any questions or
  requests to: Wells Fargo Home Mortgage
  PO Box 10335, Des Moines, IA 50306

WE'RE HERE TO HELP – If you have questions or need further assistance,
please contact us at 1-866-234-8271, Monday – Friday, 7:00 a.m. to
10:00 p.m., or Saturday, 8:00 a.m. to 2:00 p.m. Central Time.